IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA P.,

      Plaintiff,                        Case No.: 3:24-cv-272

vs.

COMMISSIONER OF THE SOCIAL       District Judge Michael J. Newman
SECURITY ADMINISTRATION,         Magistrate Judge Chelsey M. Vascura

      Defendant.

_____

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 15); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $7,301.64; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

_____

This Social Security case is before the Court on Plaintiff's unopposed motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $7,301.64. Doc. No. 15. The parties agree that a total award of $7,301.64 in attorney fees settles all of Plaintiff's EAJA claims in the instant case. *See id.*

For good cause shown, the Court: (1) **GRANTS** Plaintiff's unopposed motion; and (2) **AWARDS** EAJA fees in the total amount of $7,301.64. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

      **IT IS SO ORDERED.**

December 15, 2025                  s/*Michael J. Newman*
                                    Hon. Michael J. Newman
                                    United States District Judge